**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In   Debtor(s)
Re:   **Reginald Wendall Preston**

Case No.: **18–68685–sms**
Chapter:  **7**

# Order Dismissing Case For Failure Of Debtor To Correct Filing Deficiency

The above referenced case was filed on November 5, 2018. A Notice was issued by the Clerk on November 6, 2018 directing the debtor to correct one or more filing deficiencies, and the debtor has failed to comply with the Notice, and/or any subsequent order extending the time to cure filing deficiencies. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court by December 10, 2018.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), any Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an Employer Deduction Order.

**SO ORDERED,** on November 26, 2018.

Sage M. Sigler
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Dated: 11/26/18

Form 522