**IT IS ORDERED as set forth below:**

**Date: December 4, 2018**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | \| | CASE NUMBER |
| **REGINALD WENDALL PRESTON** | \| | **18-68685-SMS** |
| Debtor | \| | CHAPTER 7 |

**ORDER VACATING ORDER DISMISSING CASE FOR FAILURE OF DEBTOR TO CORRECT FILING DEFICIENCY**

On November 20, 2018, debtor filed a First Request to Convert from Chapter 13 to Chapter 7 (Docket. No. 15) and the case was converted to Chapter 7 on November 21, 2018. On November 26, 2018, a form order entitled “Order Dismissing Case for Failure of Debtor to Correct Filing Deficiency” (Docket No. 20) was erroneously entered on the docket. Accordingly, it is

**ORDERED,** that November 26, 2018 Order Dismissing Case for Failure of Debtor to Correct Filing Deficiency (Docket No. 20) is **VACATED** in its entirety.

The Clerk's office is directed to serve a copy of this order upon pro se Debtor, the Chapter 7 Trustee, all creditors and all parties in interest.

**[END OF ORDER]**